1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: CR-10-6098-RMP |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| FRANSCISO VILLA MERAZ, | |
| Defendant. | |

**In open court,** the Government moved to dismiss the Indictment, ECF No. 1, filed in this cause on December 14, 2010. Having reviewed the file and pleadings therein, having heard from counsel and being fully advised in the matter, the Court finds good cause to grant the Government's motion..

Accordingly, **IT IS HEREBY ORDERED:**

1.  The Government's oral motion to dismiss the Indictment is **GRANTED**. The Indictment filed under the above-captioned cause number**, ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE**.

ORDER DISMISSING INDICTMENT WITHOUT PREJUICE~ 1

2. All pending motions, if any, **ARE DENIED AS MOOT**.

3. All pending court dates, including the trial date, are hereby **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

**DATED** this 26th day of August, 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUICE~ 2